COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**MEMORANDUM ORDER**

Style:                                   *In the Interest of S.R. & M.C.*

Appellate cause number:    01-15-00556-CV

Trial court:                          313th District Court, Harris County, Texas

Trial court cause number:   2010-08247J

This is an accelerated appeal. *See* TEX. FAM. CODE ANN. § 263.405(a) (West 2014); TEX. R. APP. P. 28.4(a). The Court has been notified that the trial court has deemed appellant indigent and has appointed counsel to represent appellant in the underlying case. Therefore, appellant is presumed to remain indigent for purposes of appeal and may proceed without advance payment of costs. *See* TEX. FAM. CODE ANN. § 107.013(e) (West 2014); TEX. R. APP. P. 20.1(a)(3).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the district clerk file with this Court, within 10 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k), 34.5(a), 35.1(b), 35.3(a), (c). Because the record was originally due on July 19, 2015, the Court will not grant any motions to extend time absent extraordinary circumstances. *See* TEX. R. APP. P. 28.4(b)(2); 35.3(c).

Appellant's brief is **ORDERED** filed with this Court within 20 days after the date the complete record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 20 days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge=s signature: /s/ Sherry Radack
                                ☒   Acting individually      Ọ   Acting for the Court

Date: August 27, 2015